**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **TERRENCE T. COLER, 1007-5878,** ) | |
| Plaintiff, ) | |
| v. ) | No. 3:11-CV-0573-D |
| ) | |
| **DR. PITTMAN and DR. JOHNSON,** ) | |
| Defendants. ) | |

# ORDER

After conducting a *de novo* review, the court concludes that the findings, conclusions, and recommendation of the magistrate judge are correct, and they are adopted as the findings and conclusions of the court.

**SO ORDERED**.

May 16, 2011.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE